No. —, original. Ex PARTE RUFO C. ROMERO. February 2, 1942. The motion for leave to file petition for writ of habeas corpus is denied without prejudice to an application to the District Court.

No. 280. JONES *v.* CITY OF OPELIKA. Argued February 5, 1942. Decided February 9, 1942. *Per Curiam:* The writ is dismissed for want of a final judgment. *Mr. Hayden Covington,* with whom *Mr. Joseph F. Rutherford* was on the brief, for petitioner. *Mr. Alfred A. Albert* entered an appearance for petitioner. *Mr. John W. Guider,* with whom *Mr. William S. Duke* was on the brief, for respondent. *Mr. Osmond K. Fraenkel* filed a brief on behalf of the American Civil Liberties Union, as *amicus curiae,* urging reversal.

No. 868. BLACK ET AL. *v.* CALIFORNIA. February 9, 1942. *Per Curiam:* The appeal is dismissed for want of a properly presented substantial federal question. (1) *Gorin* v. *United States,* 312 U. S. 19, 26–28; (2) *Hurtado* v. *California,* 110 U. S. 516; *Gaines* v. *Washington,* 277 U. S. 81, 86. *Mr. Morris Lavine* for appellants. *Messrs. Earl Warren,* Attorney General of California, and *Frank Richards,* Deputy Attorney General, for appellee.

No. 898. OHIO EX REL. THOMPSON *v.* INDUSTRIAL COMMISSION OF OHIO. February 9, 1942. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want